IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL A. BAYNES,

    Petitioner,

      v.

MICHAEL A. ZENK, Warden,

    Respondent.

CIVIL ACTION FILE
NO. 1:06-CV-0948-TWT

## OPINION AND ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the Petition be dismissed. The Petitioner claims that he should be given credit for time served on an unrelated state sentence against the federal sentence for which he is in the custody of the Bureau of Prisons. For the reasons set forth in the Report and Recommendation, the Petitioner's claim is barred by res judicata. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\06\Baynes\r&r.wpd

SO ORDERED, this 27 day of June, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge